# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 06-00276-01-CR-W-NKL |
| ERIC L. THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge John Maughmer, to which no objection has been filed, the plea of guilty of the defendant to Count One of the Indictment is now accepted and the defendant is adjudged guilty of these offenses. Sentencing will be set by subsequent order of the court.

        */s/ Nanette K. Laughrey*
        NANETTE K. LAUGHREY
        United States District Judge

Kansas City, Missouri
December 11, 2006